**Mrs. Delta MELANCON, Plaintiff-Appellant,**

v.

**RMK–BRJ, a Joint Venture, et al., Defendants-Appellees.**

**No. 71–1560**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Sept. 2, 1971.

Rehearing Denied Sept. 15, 1971.

Thomas M. Bergstedt, Scofield & Bergstedt, Lake Charles, La., for plaintiff-appellant.

Donald E. Walter, U. S. Atty., Shreveport, La., William E. Gwatkin, III, Admiralty & Shipping Section, Alan S. Rosenthal, Patricia S. Baptiste, Dept. of Justice, Washington, D. C., L. Patrick Gray, III, Asst. Atty. Gen., for defendants-appellees.

Before COLEMAN, SIMPSON and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed.[1] See Local Rule 21.[2]

---

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. The decision of the lower court is reported as Melancon v. RMK–BRJ, a joint venture et al., W.D.La.1971, 329 F.Supp. 981.

2. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.